JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAHR Productions, Inc., | ) | Case No. **CV 09-2815-JFW (MANx)** |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| v. | ) | |
| MTV Networks, et al., | ) | |
| Defendants. | ) | |

THE COURT has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: March 1, 2010

_____
JOHN F. WALTER
United States District Judge